BARBOUR. (WOODWORTH v.) See Case No. 18,010.

BARCLAY, (CAMPBELL v.) See Cases Nos. 2,352 and 2,353.

---

## Case No. 972.

### BARCLAY v. GOODALE.

District Court, D. Oregon. Aug. 17, 1872.

ARRESTS IN INDIAN COUNTRY—REMOVAL FOR TRIAL—ACT JUNE 30, 1834.

[Act Cong. June 30, 1834, (4 Stat. 733, § 23,) authorized arrests by the military force of the United States in the Indian country for certain purposes, and for removing for delivery to the civil authorities for trial, "provided that no person apprehended by military force as aforesaid shall be detained longer than five days after the arrest and before removal." Held, that the arrest and detention of a defendant, for more than five days before removal, renders the person making the arrest liable for false imprisonment, although he had no sufficient means wherewith to do otherwise.]

[Cited in Re Carr, Case No. 2,432, and Waters v. Campbell, Id. 17,265.]

[Note. Nowhere reported; no opinion on file at the clerk's office.]

---

## Case No. 973.

### BARCLAY v. GOVERS.

[1 Cranch, C. C. 147.][1]

Circuit Court, District of Columbia. Dec. Term, 1803.

GUARDIAN AD LITEM — APPOINTMENT ON MOTION.

The court, on motion, will appoint a guardian ad litem for an infant defendant.

[See Rhinelander v. Sanford, Case No. 11,-739.]

At law. Case for goods sold.

On motion of Mr. E. B. Caldwell, alleging that the defendant was an infant, James Thompson was appointed guardian to plead for the defendant.

FITZHUGH, Circuit Judge, absent.